PRISONER CASE

FILED
JAN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**Plaintiff(s):** MILTON DOWELL

**Defendant(s):** MARTY C. ANDERSON

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Milton Dowell
#11920-424
Springfield - USMCFP
P.O. Box 4000
Springfield, MO 65801

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV508
JUDGE KENNELLY
MAG. JUDGE COLE

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A.E. Woodham   **Date:** 01/23/2008