MHK

CLERK: PLEASE FILE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

FILED
8-1-2008
AUG 1 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MILTON DOWELL,
    PETITIONER,
    VS.
MARTY C. ANDERSON,
    RESPONDENT.

08 CV 508

NO. 08 C 0508
CRIM NO. 99-CR-555-1

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT MILTON DOWELL, PRO SE, PETITIONER IN THE ABOVE NAMED CASE, APPEALS FROM THE ORDER OR JUDGMENT ENTERED ON JANUARY 29, 2008, THAT IS MINUTE ENTRY SUMMARILY DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS.

DATED 7-28-08

x Milton Dowell

MILTON DOWELL
# 11920-424
MCFP, P.O. BOX 4000
SPRINGFIELD, MO.
65801-4000

CERTIFICATE OF SERVICE

I CERTIFY THAT I MAILED TRUE COPY OF "NOTICE OF APPEAL"; "SWORN AFFIDAVIT OF MILTON DOWELL"; AND "MOTION FOR CERTIFICATE OF APPEALABILITY" ON THIS 28 DAY OF JULY 2008, FIRST CLASS POSTAGE PREPAID TO:

MARIBEL FERNANDEZ-HARVATH
ASST U.S. ATTORNEY
U.S. ATTORNEYS OFFICE
219 SOUTH DEARBORN ST., 5TH FL.
CHICAGO, ILL. 60604

*Milton Dowell*
ORIGINAL SIGNATURE