MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

FILED
8-1-2008
AUG 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MILTON DOWELL,
          PETITIONER,
VS.                                    NO. 08C0508
MARTY C. ANDERSON,      CRIM. NO. 99-CR-555-1
          RESPONDENT.

(08cv508)

MOTION FOR CERTIFICATE OF APPEALABILITY

COMES NOW THE PETITIONER, MILTON DOWELL, PRO SE, AND RESPECTFULLY MOVES THIS HONORABLE COURT TO ISSUE A CERTIFICATE OF APPEALABILITY IN THE ABOVE MATTER, AS FOR GROUNDS PETITIONER SUBMITS:

1. PETITIONER (DOWELL) TIMELY FILES HIS NOTICE OF APPEAL AND THE INSTANT MOTION. SEE ACCOMPANYING "SWORN AFFIDAVIT OF MILTON DOWELL" et seq.

2. ISSUES ON APPEAL THAT WILL BE RAISED ARE, BUT NOT LIMITED TO, THE FACT THAT DOWELL IS CURRENTLY COMMITTED TO THE FEDERAL BUREAU OF PRISONS FOR POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

1.

FOR WHICH NO GRAND JURY RETURNED AN INDICTMENT CHARGING HIM WITH SUCH.

RESPECTFULLY, DOWELL MOVES THIS COURT TO ISSUE A CERTIFICATE OF APPEALABILITY.

SUBMITTED THIS 28 DAY OF JULY 2008

By Milton Dowell

MILTON DOWELL
#11920-424
MCFP, P.O. BOX 4000
SPRINGFIELD, MO.
65801-4000

2.