# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 508 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Dowell vs. Anderson, et al. | | |

**DOCKET ENTRY TEXT**

The Court denies petitioner's motion for a certificate of appealability [8]. No reasonable jurist would think that petitioner has a right to relief under 28 U.S.C. § 2241 in the circumstances presented. The Court also notes that petitioner's attempt to appeal comes far after the deadline for filing a notice of appeal ran out.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|