# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

August 6, 2008

NF

**FILED**
**AUGUST 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-2978 <br><br> Caption: <br> MILTON DOWELL, <br> Petitioner - Appellant <br><br> v. <br><br> MARTY C. ANDERSON, <br> Respondent - Appellee |
| District Court No: 1:08-cv-00508 <br> Court Reporter L. Brennan <br> Clerk/Agency Rep Michael Dobbins <br> District Judge Matthew Kennelly <br><br> Date NOA filed in District Court: 08/01/2008 |

If you have any questions regarding this appeal, please call this office.

CC:  L. Brennan,  Michael W. Dobbins