

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W.  DOBBINS
CLERK

312-435-5670

August 7, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Milton Dowell    Vs.  Marty C. Anderson

U.S.D.C. DOCKET NO. : 08cv508

U.S.C.A. DOCKET NO. : n/a

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

 VOLUME(S) OF PLEADING(S)        **One Vol. Of Pleadings**

 VOLUME(S) OF TRANSCRIPT(S)

 VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this
letter.

                                    Very truly yours,

                                    Michael W. Dobbins, Clerk

                                    By:_____
                                         A. Rone, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

**One Vol. Of Pleadings**

In the cause entitled: Milton Dowell vs. Marty C. Anderson.

USDC NO.      : 08cv508

USCA NO.      : n/a

> IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 7th day of August, 2008.
>
> MICHAEL W. DOBBINS, CLERK
>
> By: _____
>       A. Rone, Deputy Clerk

APPEAL, COLE, HABEAS, PC, TERMED

# United States District Court
## Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08–cv–00508
### *Internal Use Only*

Dowell v. Anderson et al
Assigned to: Honorable Matthew F. Kennelly
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 01/29/2008
Date Terminated: 01/29/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Milton Dowell**

represented by **Milton Dowell**
#11920–424
Springfield – USMCFP
P.O. Box 4000
Springfield, MO 65801
PRO SE

V.

**Respondent**

**Marty C Anderson**

represented by **AUSA**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353–5300
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Service List**

represented by **Prisoner Correspondence – Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/23/2008 | 1 | 3 | RECEIVED Petition and no copies by Milton Dowell. (Exhibits). (gmr, ) (Entered: 01/24/2008) |
| 01/23/2008 | 2 | 22 | CIVIL Cover Sheet. (gmr, ) (Entered: 01/24/2008) |
| 01/23/2008 | 3 | 23 | APPLICATION by Petitioner Milton Dowell for leave to proceed in forma pauperis. (gmr, ) (Entered: 01/24/2008) |
| 01/23/2008 | 4 | | POST MARKED envelope for initiating document by Milton Dowell (Document not scanned) (aew, ) (Entered: 01/29/2008) |

| 01/29/2008 | (5) | 25 | MINUTE entry before Judge Matthew F, Kennelly :The Court grants Petitioner's motion for leave to file in forma pauperis 3 . The Court summarily dismisses the petition for a writ of habeas corpus for lack of jurisdiction pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases. Civil case terminated. Mailed notice (gmr, ) (Entered: 01/31/2008) |
| 01/29/2008 | | | (Court only) ***Civil Case Terminated. (gmr, ) (Entered: 01/31/2008) |
| 08/01/2008 | (6) | 27 | AFFIDAVIT of Milton Dowell. (Exhibits) (kj, ) (Entered: 08/05/2008) |
| 08/01/2008 | (7) | | NOTICE of appeal by Milton Dowell regarding orders 5 . (IFP) (gej, ) (Entered: 08/05/2008) |
| 08/01/2008 | (8) | 32 | MOTION by Petitioner Milton Dowell for certificate of appealability. (gej, ) (Entered: 08/05/2008) |
| 08/05/2008 | 9 | | TRANSMITTED to the 7th Circuit the short record on notice of appeal 7 . Notified counsel (gej, ) (Entered: 08/05/2008) |
| 08/05/2008 | 10 | | NOTICE of Appeal Due letter sent to counsel of record. (gej, ) (Entered: 08/05/2008) |
| 08/06/2008 | (11) | 34 | MINUTE entry before the Honorable Matthew F. Kennelly: The Court denies petitioner's motion for a certificate of appealability 8 . No reasonable jurist would think that petitioner has a right to relief under 28 U.S.C. § 2241 in the circumstances presented. The Court also notes that petitioner's attempt to appeal comes far after the deadline for filing a notice of appeal ran out. Mailed Notice. (kj, ) (Entered: 08/06/2008) |

All √ items sent with record on appeal in previous appeal #
All Circled items are included in record on appeal
All N/A items are not available
All / items are not sent with record on appeal
All S/C items are sent under separate cover